

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle (Yamali) Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiffs*
*Palace Skateboards Group and*
*GSLT Holdings Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALACE SKATEBOARDS GROUP and GSLT HOLDINGS LIMITED,<br><br>*Plaintiffs*<br><br>v.<br><br>A5DHGATES, BEIDHGATE, BRANDFACTORYSELLER, BUFEN, BUSHU, BUYCHEAPDOORS, BUYLINNIAOS, CJJDHGATEBAGS, DHGATEJJJ, DHGATEYUNWAN, EXTREMELY_COLD_PLACE, FENGXIDHGATE, FUSHANCHEN, GOODSUGOODS, GUOZHENDHGATE, HONESTTRADE688, JAMYDHHATEUUS, JDELECTRONIC6, JJKINGS, JUBU, LING16888, LING1888, LING188866, LUANDHGATES, MIMIKU, MMDHGATES, NEWCLOTHESJJ, NEWTIMESDHGATES, PPDHGATES, QIYUE02, SONGDHGATES, TAOBAO_INTERNATIONAL, TOM_COSTUME, XDHGATESX and YDHGATEYS,<br><br>*Defendants* | 21-cv-3949 (LAK)<br><br>[PROPOSED]<br>**UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __19__ day of __Oct__, 2022, at __2:19__ p.m.
New York, New York

_/s/ Lewis A. Kaplan_
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE